UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21398-CIV-SEITZ/O'SULLIVAN

MISLEHIVY CALVO,

    Plaintiff,

v.

WALGREENS CORPORATION,

    Defendant.

_____/

## ORDER (1) GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT; AND (2) RESETTING CERTAIN PRETRIAL DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment [DE-33]. Plaintiff requests up to August 11, 2008 to respond to Defendant's motion and notes that Defendant will likely request an extension of time to file a Reply. Such extension would not allow sufficient time between when such motions are ripe for disposition and the October 17, 2008 deadline for the parties' pretrial stipulation, thus certain pretrial dates must also be extended. Upon due consideration, it is hereby

ORDERED that:

(1) Plaintiff's Unopposed Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment [DE-33] is GRANTED. Plaintiff shall respond **no later than August 11, 2008**;

(2) The deadline for the parties to file their **Pretrial Stipulation** is RE-SET to **November 6, 2008**;

(3) The **Pretrial Conference** is RE-SET set for **November 20, 2008, at 9:00 a.m.**; and

(4) This case remains set for jury trial on the Court's two-week trial period commencing January 5, 2009, before the undersigned United States District Judge. Calendar Call shall be held on **Tuesday, December 30, 2008, at 1:15 p.m.**

DONE AND ORDERED in Miami, Florida, this 5th day of August, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
Magistrate Judge O'Sullivan