UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21398-CIV-SEITZ/O'SULLIVAN

MISLEHIVY CALVO,

    Plaintiff,

v.

WALGREENS CORPORATION,

    Defendant.

_____/

### ORDER

This matter is before the Court on Defendant's Motion to Strike Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment [DE-40], Plaintiff's response [DE-42], and Plaintiff's Motion for Leave to File Response in Excess of Page Limitations [DE-43]. Generally, the Court expects counsel to adhere to the Federal Rules of Civil Procedure as well as the Local Rules of this Court. Plaintiff's counsel failed to do so when she filed her excessively long response to Defendant's Motion for Summary Final Judgment. However, upon becoming aware of the error, Plaintiff's counsel did attempt to correct the error. Accordingly, it is hereby

    ORDERED that;

    1. Defendant's Motion to Strike Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment [DE-40] is DENIED, and

    2. Plaintiff's Motion for Leave to File Response in Excess of Page Limitations [DE-43] is GRANTED.

    DONE and ORDERED in Miami, Florida, this 12 day of September, 2008.

                                                     PATRICIA A. SEITZ
                                                     UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record