UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-21398-CIV-GONZALEZ

MISLEHIBY CALVO,

    Plaintiff,

vs.

WALGREEN CO.,

    Defendant.
_____/

## JUDGMENT

THIS CAUSE came before the Court for a trial by jury. The issues having been tried and the jury having rendered its verdict, it is hereby

ORDERED AND ADJUDGED that judgment is entered in favor of the Defendant, Walgreen Co., and against the Plaintiff, Mislehiby Calvo.

ENTERED this 12TH day of March, 2010.

_____
JOSE A. GONZALEZ, JR.
U.S. District Court Senior Judge

Copies furnished to:
All counsel of record

**SERVICE LIST**
Mislehiby Calvo v. Walgreen Co.
Case No. 07-21398-Civ-Gonzalez
U.S. District Court, Southern District of Florida

Mayra L. Gonzalez, Esq.
E-mail: mlgins@yahoo.com
International Immigration & Labor Services, P.A.
*Counsel for Plaintiff*
3550 Biscayne Blvd., Suite 401
Miami, Florida 33137
Telephone: 305-456-9195
Facsimile: 305-456-9616
(*Served via Notice of Electronic Filing*)

Lori A. Brown, Esq.
E-mail: labrown@littler.com
Gaye L. Huxoll, Esq.
E-mail: ghuxoll@littler.com
LITTLER MENDELSON P.C.
*Counsel for Defendant*
One Biscayne Tower, Suite 1500
2 South Biscayne Boulevard
Miami, Florida 33131-1804
Telephone: 305-400-7500
Facsimile: 305-603-2552
(*Served via Notice of Electronic Filing*)